FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 299th District Court of Travis County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on May 22, 2014, the cause upon appeal to revise or reverse your judgment between

Douglas Hoopes v. The State of Texas

Case Number:  07-12-00201-CR Trial Court Number:  D-1-DC-12-907052

was determined and therein our said Court made its order in these words:

Pursuant to the Court's opinion issued on May 22, 2014, it is hereby ordered, adjudged and decreed that the judgment entered below is reversed and that a judgment of acquittal is hereby rendered.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on January 12, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

